UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ıFILED

2012 APR -5 PM 3: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

WARREN AIKEN, JR.,

Plaintiff,

v.                                    Case No. 3:12-cv-339-J-20JRK

MARTIN J. BILMON, etc.;
et al.,

Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se and in forma pauperis, initiated this action by filing a Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (Doc. #1) (hereinafter Complaint). The Prison Litigation Reform Act, in pertinent part, states:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of filings brought by Plaintiff in this Court that were dismissed on the grounds that

they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:06-cv-37-J-12TEM; (2) 3:07-cv-502-J-33TEM; and, (3) 3:07-cv-558-J-12HTS. Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.     This case is hereby **DISMISSED** without prejudice.

2.     The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _5Z_ day of _April_, 2012.

_____
UNITED STATES DISTRICT JUDGE

sa 3/30
c:
Warren Aiken, Jr.

- 2 -